**FILED**
**DEC 1 3 2006**
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. **3:06CR288-MEF-WC** |
| v. ) | [18 USC 1470; |
| ) | 18 USC 2252A(a)(1)] |
| PETER HAROLD VARLEY ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 27th day of September, 2005, in Tallapoosa County, Alabama, within the Middle District of Alabama, the defendant,

**PETER HAROLD VARLEY,**

did use and attempt to use the mail and any facility and means of interstate and foreign commerce, did knowingly transfer obscene matter to another individual who has not attained the age of 16 years, knowing that such other individual has not attained the age of 16 years, in violation of Title 18, United States Code, Section 1470.

## COUNT 2

On or about the 27th day of September, 2005, in Tallapoosa County, Alabama within the Middle District of Alabama,

**PETER HAROLD VARLEY,**

the defendant herein, did knowingly transport in interstate and foreign commerce by any means, including by computer, child pornography: that is, PETER HAROLD VARLEY, transported images depicting an adult male engaged in sexually explicit conduct with a minor, who was represented to be under the age of 12 years. All in violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT 3

On or about the 30th day of September, 2005, in Tallapoosa County, Alabama, within the Middle District of Alabama, the defendant,

PETER HAROLD VARLEY,

did use and attempt to use the mail and any facility and means of interstate and foreign commerce, did knowingly transfer obscene matter to another individual who has not attained the age of 16 years, knowing that such other individual has not attained the age of 16 years, in violation of Title 18, United States Code, Section 1470.

## COUNT 4

On or about the 6th day of October, 2005, in Tallapoosa County, Alabama, within the Middle District of Alabama, the defendant,

PETER HAROLD VARLEY,

did use and attempt to use the mail and any facility and means of interstate and foreign commerce, did knowingly transfer obscene matter to another individual who has not attained the age of 16 years, knowing that such other individual has not attained the age of 16 years, in violation of Title 18, United States Code, Section 1470.

## COUNT 5

On or about the 6th day of October, 2005, in Tallapoosa County, Alabama within the Middle District of Alabama,

PETER HAROLD VARLEY,

the defendant herein, did knowingly transport in interstate and foreign commerce by any means, including by computer, child pornography: that is, PETER HAROLD VARLEY, transported images depicting an adult male engaged in sexually explicit conduct with a minor, who was represented to

be under the age of 12 years. All in violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT 6

On or about 7th day of October, 2005, in Tallapoosa County, Alabama within the Middle District of Alabama,

PETER HAROLD VARLEY,

the defendant herein, did knowingly transport in interstate and foreign commerce by any means, including by computer, child pornography: that is, PETER HAROLD VARLEY, transported images depicting an adult male engaged in sexually explicit conduct with a minor, who was represented to be under the age of 12 years. All in violation of Title 18, United States Code, Section 2252A(a)(1).

A TRUE BILL:

Foreperson

LEURA G. CANARY
UNITED STATES ATTORNEY

TOMMIE BROWN HARDWICK
Assistant United States Attorney