**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) **CR. NO. 3:06CR288-MEF-WC** |
| **v.** | ) |
| | ) **[18 USC 1470;** |
| | ) **18 USC 2252A(a)(1)]** |
| **PETER HAROLD VARLEY** | ) |
| | ) |

**NOTICE OF ATTORNEY APPEARANCE**

**COMES NOW** the undersigned and notifies this Honorable Court that he has been retained to represent the Defendant, Peter Harold Varley, in the above styled cause. The undersigned counsel further shows that he is a member in good standing of the Bar of this Court.

**Respectfully submitted** this 2nd day of January 2007.

**s/ William R. Blanchard**
**WILLIAM R. BLANCHARD (BLA029)**
Attorney for the Defendant
BLANCHARD LAW OFFICES
505 South Perry Street
Post Office Box 746
Montgomery, Alabama 36101-0746
Office: (334) 269-9691
Fax: (334) 263-4766
bill@blanchardlaw.com

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **)** |
| | **)** |
| | **) CR. NO. 3:06CR288-MEF-WC** |
| **v.** | **)** |
| | **) [18 USC 1470;** |
| | **) 18 USC 2252A(a)(1)]** |
| **PETER HAROLD VARLEY** | **)** |
| | **)** |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following: AUSA Tommie Hardwick, and I hereby certify that I have mailed by United States

Postal Service the document to the following non-CM/ECF participants: n/a.

Respectfully submitted,

**s/ William R. Blanchard (BLA029)**
**BLANCHARD LAW OFFICES**
**505 South Perry Street**
**Post Office Box 746**
**Montgomery, Alabama 36101-0746**
**Office:(334) 269-9691**
**Fax:    (334) 263-4766**
**bill@blanchardlaw.com**

2