IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) CR. NO. 3:06CR288-MEF-WC |
| v. | ) |
| | ) [18 USC 1470; |
| | ) 18 USC 2252A(a)(1)] |
| **PETER HAROLD VARLEY** | ) |
| | ) |

**DEFENDANT'S MOTION TO WITHDRAW PREVIOUSLY FILED
DOCUMENT No. 4, NOTICE OF ATTORNEY APPEARANCE**

**COMES NOW** the Defendant by and through his attorney, William R. Blanchard, and respectfully requests permission to withdraw the Defendant's Notice of Attorney Appearance, previously filed in this cause. In support thereof, the Defendant files the above-captioned motion, and as reasons therefore, submits the following:

1. Document No. 4, Notice of Attorney Appearance, was erroneously filed via e-file as a motion for transfer of venue. The Defendant requests that Document No. 4 filed in error be withdrawn. The correct document, Document No. 6, has been filed to correct the error.

2. Defendant does not wish for the court to confuse Document No. 5 which is in fact the Defendant's Motion to Transfer Venue with Document 4, as Document No. 5 was correctly filed via e-file.

1

3.  The Defendant respectfully apologizes for any inconvenience to the Court and the other parties.

**Respectfully submitted** this 2nd day of January 2007.

**s/ William R. Blanchard**
**WILLIAM R. BLANCHARD (BLA029)**
Attorney for the Defendant
BLANCHARD LAW OFFICES
505 South Perry Street
Post Office Box 746
Montgomery, Alabama 36101-0746
Office: (334) 269-9691
Fax: (334) 263-4766
bill@blanchardlaw.com

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) CR. NO. 3:06CR288-MEF-WC |
| **v.** | ) |
| | ) [18 USC 1470; |
| | ) 18 USC 2252A(a)(1)] |
| **PETER HAROLD VARLEY** | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Tommie Hardwick, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

        Respectfully submitted,

        **s/ William R. Blanchard (BLA029)
        BLANCHARD LAW OFFICES
        505 South Perry Street
        Post Office Box 746
        Montgomery, Alabama 36101-0746
        Office: (334) 269-9691
        Fax:   (334) 263-4766
        bill@blanchardlaw.com**