| COURTROOM DEPUTY MINUTES | DATE: 1/3/07 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:41 - 10:54 |

- ❏ INITIAL APPEARANCE
- ❏ DETENTION HEARING
- ❏ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ❏ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ❏ PRELIMINARY EXAMINATION

---

**PRESIDING MAG. JUDGE** WALLACE CAPEL, JR.   **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 3:06cr288-MEF   **DEFT. NAME:** Peter Harold Varley

**USA:** Tommie Brown-Hardwick   **ATTY:** William Rives Blanchard, Jr.

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

**USPTSO/USPO:** Sandra Wood

Defendant _____ does √ _____ does NOT need an interpreter; NAME _____

---

- ❏ Kars.   Date of Arrest _____ or  ❏ karsr40
- ❏ kia.   Deft. First Appearance. Advised of rights/charges.  ❏ Pro/Sup Rel Violator
- ❏ Finaff.   Financial Affidavit executed ❏ to be obtained by PTS; ❏ **ORAL** Motion for Appt. Of Counsel.
- ❏ koappted   **ORAL ORDER** appointing Federal Defender  - **Notice to be filed.**
- ❏ 20appt.   Panel Attorney Appointed;  ❏ to be appointed - prepare voucher
- ❏   Deft. Advises he will retain counsel. Has retained _____
- ❏   Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ❏ To be followed by written motion;
- ❏   Government's **WRITTEN** Motion for Detention Hrg. filed.
- ❏   **DETENTION HRG** ❏ held;  ❏ set for _____ ;  ❏ **Prelim. Hrg** ❏ Set for _____
- ❏ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ❏ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- ❏ kocondrls.   Release order entered. ❏ Deft. advised of conditions of release.
- ❏ kbnd.   ❏ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
-   ❏ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ❏ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ❏ ko.   Deft. **ORDERED REMOVED** to originating district
- ❏ kwvprl.   Waiver of ❏ Preliminary hearing; ❏ Kwvr40hrg. (Waiver of R.40 Hearing)
- ❏   Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ Karr.   **ARRAIGNMENT** SET FOR: _____ √ **HELD**. Plea of **NOT GUILTY** entered.
  √ Trial Term  3/12/07* Exceptional circumstances;  √ **PRETRIAL CONFERENCE DATE:** 2/16/07
  √ **DISCOVERY DISCLOSURES DATE:** 1/3/07
- ❏ Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ❏ krmvhrg.   Identity/Removal Hearing set for _____
- ❏ Kwvspt   **Waiver of Speedy Trial Act Rights Executed**.

*Due to exceptional circumstances the trial term was set outside the time allotted by the Speedy Trial Act
**ORAL MOTION** by the Government for Detention
**ORAL ORDER** denying motion; Issue was addressed previously in the Northern District of Illinois and circumstances have not changed; No need to modify Conditions of Release