IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06cr288-MEF |
| | ) | |
| PETER HAROLD VARLEY | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the Motion to Withdraw Document No. 4, Notice of Attorney Appearance, filed January 2, 2007 (Doc. #7), is GRANTED.

DONE this 11th day of January 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE