IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-288-MEF |
| | ) | |
| PETER HAROLD VARLEY | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Transfer Venue (Doc. #5) filed on January 2, 2007, it is hereby

ORDERED that the government show cause in writing on or before January 18, 2007 as to why the motion should not be granted.

DONE this 11th day of January, 2007.

                                                           /s/ Mark E. Fuller
                                            CHIEF UNITED STATES DISTRICT JUDGE