| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 1/12/07 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:04 - 9:08 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE. WALLACE CAPEL, JR.** | **DEPUTY CLERK:** Wanda A. Robinson |
| **CASE NUMBER:** 3:06cr288-MEF | **DEFENDANT(S):** Peter Harold Varley |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Brown Hardwick | * * * * * | William Rives Blanchard |

☐ **DISCOVERY STATUS:**      Complete

☐ **PENDING MOTION STATUS:**  Doc #5 Motion to Transfer Venue
                              Hearing is not needed

☐ **PLEA STATUS:**
                              Parties are open however no negotiations at this time

☐ **TRIAL STATUS**
                              2 Days for Trial

☐ **REMARKS:**