IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr288-MEF |
| | ) | |
| PAUL HAROLD VARLEY | ) | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**
**WITHIN WHICH TO FILE RESPONSE**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for the Motion for Extension, states as follows:

1. Per the Court's Order dated January 11, 2007, the government is to file a response to the defendant's Motion to Transfer Venue on or before January 18, 2007.

2. The undersigned Assistant United States Attorney has been involved in preparing for two suppression hearings, U.S. v. Daniel Platt, Cr. No. 2:06cr214-MEF, and U.S. v. Eddie Gordon, Cr. No. 2:05cr290-WKW, and Grand Jury. Despite due diligence, the undersigned has been unable to complete the response.

3. William Blanchard, counsel for Peter Varley, has been contacted and has no objection to an extension.

4. The government respectfully requests an extension of one day, until January 19, 2007, to file its response to the Motion to Transfer Venue.

Respectfully submitted this the 18th day of January, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        s/Tommie Brown Hardwick
        TOMMIE BROWN HARDWICK
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone:  (334) 223-7280
        Fax:  (334) 223-7135
        E-mail:  tommie.hardwick@usdoj.gov
        ASB4152 W86T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:06cr288-MEF |
| ) | |
| PETER HAROLD VARLEY ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: William R. Blanchard, Esq.

Respectfully submitted,

s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: tommie.hardwick@usdoj.gov
ASB4152 W86T