IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-288-MEF |
| | ) | |
| PETER HAROLD VARLEY | ) | |

## **O R D E R**

Upon consideration of the government's Motion for Extension of Time Within Which to File Response (Doc. #16) filed on January 18, 2007, it is hereby

ORDERED that the motion is DENIED as moot.

DONE this the 23rd day of January, 2007.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE