IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-288-MEF |
| | ) | |
| PETER HAROLD VARLEY | ) | |

## O R D E R

Upon consideration of the defendant's Motion to Transfer Venue (Doc. #5) filed on January 2, 2007 and the response of the government thereto (Doc. #17) filed on January 18, 2007, it is hereby

ORDERED that the defendant file a reply to the government's response on or before January 31, 2007.

DONE this the 24th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE